An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTIAN A. SORIANO, AN
INDIVIDUAL,
Appellant,
vs.
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AN ILLINOIS
CORPORATION; AND MATTHEW
KEIM, AN INDIVIDUAL,
Respondents.

No. 61824

**FILED**

JUN 28 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 7, 2013, the parties filed a joint motion to dismiss this appeal. Having considered the motion, we grant it, and hereby dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b).[1]

It is so ORDERED.

_____, C.J.
Pickering

cc:    Hon. Abbi Silver, District Judge
       Janet Trost, Settlement Judge
       Law Offices of Steven J. Parsons
       Hall Jaffe & Clayton, LLP
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot the parties' May 31, 2013, motion to extend the briefing schedule.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-19089